FILED

September 18, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )          CASE NUMBER: 2:13-mj-00293-KJN
            Plaintiff,          )
                               )               ORDER FOR RELEASE
v.                             )               OF PERSON IN CUSTODY
                               )
LOGAN RANDOLPH,                )
                               )
            Defendant.          )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Logan Randolph; Case 2:13-mj-00293-KJN

from custody and for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of _____

  X      Unsecured Appearance Bond in the amount of $50,000.00; co-signed

         by defendant's wife, Lauren Kusmierek

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond secured by Real Property

_____    Corporate Surety Bail Bond

  X      (Other) Pretrial Supervision/Conditions;

Issued at  Sacramento, CA  on _____ 9/18/2013 _____ at  2:45 pm.

                                    By _____
                                        Kendall J. Newman
                                        United States Magistrate Judge